UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EMMANUEL ST.FLEUR

CASE No._____

V.

AGENCY FILE No. A41-483-086

JOHN ASHCROFT et. al.,

MOTION FOR STAY OF REMOVAL

Now Comes, petitioner Emmanuel St,fleur, respectfully moves this Honorable Court for a stay of removal pending the disposition of this case.

Petitioner has reasons to believe that in the absence of a stay Order the Government woul remove him, and his claim would become moot. Petitioner's claims are of merit, and a beneficial out come is promising. If removed petitioner will not be able to adequately, effectively, and timely petition his case.

Wherefore, petitioner moves this Honorable Court to grant him a stay of removal pending the outcome of this case.
Respectfull Submitted,

Dated: Dec. 7 , 2004

EMMANUEL ST.FLEUR