```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

EMMANUEL ST. FLEUR,             )
                                )
        Petitioner,             )
                                )
        v.                      )  Civil Action No. 04-12671-DPW
                                )
JOHN ASHCROFT, ET AL.,          )
        Respondents.            )
```

### ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with the Memorandum and Order dated December 22, 2004, transferring this habeas petition to the Western District of Louisiana, and directing dismissal of this action in this Court, it is hereby ORDERED that the above captioned matter is dismissed.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

December 22, 2004