UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

SCANNED
DATE:
BY:

• Sender: Please print your name, address, and ZIP+4 in this box •

US District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

DPW

73

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  M. Thigpen    ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery<br>12/27/04 |
| 1. Article Addressed to:<br>US District Court<br>Western District of Louisiana<br>300 Fannin St, St 1167<br>Shreveport, LA<br>71101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  7002 0510 0004 1359 6328<br>(Transfer from service label) | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835 | |